WILLIAM P. WILLIAMS, Appellant, *v.* FIRST NATIONAL BANK OF UTICA, Respondent.

*Williams* v. *First Nat. Bank of Utica,* 121 App. Div. 929, affirmed.
(Argued April 29, 1909; decided May 18, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 23, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Thomas D. Watkins* for appellant.

*Frederick G. Fincke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ. Not voting: EDWARD T. BARTLETT, J.